# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

TYRONE BERNARD JENNINGS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:01CR85-3-T
USM Number: 17285-058

Baker McIntyre
Defendant's Attorney

FILED
CHARLOTTE, N.C.
JUN 28 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s) <u>4-8</u> of the term of supervision.  Violation numbers 1, 2 & 3 are dismissed by the Court.

__    Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 4 | Drug/alcohol use | 2/28/05 |
| 5 | Failure to comply with drug testing/treatment requirements | 12/9/04 |
| 6 | Failure to make required court payments | 3/1/05 |
| 7 | Failure to maintain lawful employment | 3/7/05 |
| 8 | Violated the conditions of electronic monitoring | 12/31/04 |

The Defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X    The Defendant has not violated condition(s) <u>1-3</u> and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 6, 2005

Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

DOCUMENT SCANNED

Date: 6-23-05

Defendant: TYRONE BERNARD JENNINGS
Case Number: 3:01CR85-3-T

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ELEVEN (11) MONTHS, DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED FOR TWO (2) MONTHS.</u>

___ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ as notified by the United States Marshal.

    ___ at___ a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ as notified by the United States Marshal.

    ___ before 2 p.m. on ___.

    ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal